UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL A. NELSON,                                      :

               Plaintiff,                                   :

           - against -                                              :            ORDER

NFI INTERACTIVE LOGISTICS, LLC,              :            20-CV-4754 (LTS)(KNF)
NATIONAL FREIGHT INC. and ADAM LOUIS
CHURRY,                                                          :

               Defendants.                                :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      An initial pretrial conference was scheduled to be held with the parties in the above-captioned action on September 10, 2020, at 12:15 p.m. Counsel to the defendant failed to participate in the conference; therefore, the conference could not proceed. The conference will now be held by telephone on September 17, 2020, at 10:00 a.m.. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are advised that failing to comply with an order of the Court may result in sanctions.

      Please be advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York                   SO ORDERED:
            September 10, 2020

                                                                 _/s/ Kevin Nathaniel Fox_____
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE

### INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:        parties _____     non-parties _____

3. Number of depositions by defendant(s) of:       parties _____     non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____     non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
   (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                                Date:

_____                    _____
Signature of *Pro Se* Plaintiff or                          Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)