UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL A. NELSON,                                :

                Plaintiff,            :

      - against -                                 :           ORDER

NFI INTERACTIVE LOGISTICS, LLC,         :           20-CV-4754 (LTS)(KNF)
NATIONAL FREIGHT INC. and ADAM LOUIS
CHURRY,                                           :

                Defendants.          :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on September 17, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, be initiated so as to be completed on or before March 17, 2021;

2.    the last date on which to amend pleadings will be November 6, 2020;

3.    the last date on which to join additional parties will be November 6, 2020; and

4.    a telephonic status conference will be held with the parties on February 2, 2021, at 10:00 a.m. The parties shall use dial in (888) 557-8511 and enter access code 4862532.

Dated:  New York, New York                       SO ORDERED:
           September 18, 2020

                                                                        _Kevin Nathaniel Fox_
                                                                      KEVIN NATHANIEL FOX
                                                                        UNITED STATES MAGISTRATE JUDGE