UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL A. NELSON,                               :

                Plaintiff,          :

     - against -                                  :         ORDER

NFI INTERACTIVE LOGISTICS, LLC,         :         20-CV-4754 (LTS)(KNF)
NATIONAL FREIGHT INC. and ADAM LOUIS
CHURRY,                                          :

                Defendants.        :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on February 2, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that all discovery, of whatever nature, be initiated so as to be completed on or before May 17, 2021.

    Dated:  New York, New York                SO ORDERED:
             February 2, 2021

                                                                            /s/ Kevin Nathaniel Fox
                                                                             KEVIN NATHANIEL FOX
                                                                             UNITED STATES MAGISTRATE JUDGE